IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:98-CR-00313-RLV-1

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) **ORDER** |
| ERIC STEVEN PADADAPOULOS, | ) |
| Defendant. | ) |

**BEFORE THE COURT** is Defendant Eric Steven Padadapoulos's Motion for Early Termination of Supervised Release (Doc. 36). In his Motion, Padadapoulos represents that he has successfully completed fifty-five months of supervised release without any violations, that he owns his own business, that he does not owe any money to the Government or the Court, and that he has maintained an approved residence. Padadapoulos, however, represents that the Government does not consent to his Motion and the Government has not responded to the Motion. The Court, hereby, **ORDERS** the Government to file a response setting forth its basis for opposing the Motion, and gives the Government until April 25, 2017 to file its response.

**SO ORDERED.**

Signed: April 11, 2017

Richard L. Voorhees
United States District Judge

1