IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:98-CR-00313-RLV-1

| UNITED STATES, | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) **ORDER** |
| ERIC STEVEN PADADAPOULOS, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant Eric Steven Padadapoulos's Motion for Early Termination of Supervised Release (Doc. 36). Through an order dated April 11, 2017, the Court noted the potential merits of Padadapoulos's Motion and ordered the Government to file a response setting forth its opposition to the Motion. (Doc. 38). Under this Court's April 11, 2017 order, the Government had until April 25, 2017 to file its response. *See id.* April 25, 2017, passed without the Government filing a response or otherwise seeking an extension to file a response. Considering Padadapoulos's conduct while on supervised release for nearly five years,[1] the 18 U.S.C. § 3553(a) factors, and the interests of justice, the Court finds it appropriate to terminate Padadapoulos's term of supervised release. *See* 18 U.S.C. § 3583(e)(1) (permitting termination of supervised release if defendant has completed one year of supervised release, termination is in accord with § 3553(a) factors and Fed. R. Crim. P. 32.1, and is "warranted by the conduct of the defendant released and the interest of justice"); *see also* Fed. R. Crim. P. 32.1 (permitting modification of conditions of supervised release without hearing if modification is

---

[1] Padadapoulos's Motion represents that Padadapoulos has successfully completed fifty-five months of supervised release without any violations, that he owns a business, that he does not owe any money to the Government or to the Court, and that he has maintained an approved residence.

1

favorable to defendant and "an attorney for the government has received notice of the relief sought, has had a reasonable opportunity to object, and has not done so"). Accordingly, the Court **GRANTS** Padadapoulos's Motion for Early Termination of Supervised Release (Doc. 36).

**SO ORDERED.**

Signed: April 26, 2017

Richard L. Voorhees
United States District Judge